*Order Entered July 20, 2016:*

*In re* REQUEST FOR ADVISORY OPINION REGARDING CONSTITUTIONALITY OF 2016 PA 249, No. 154085. On order of the Court, the request by the Governor for an advisory opinion on the constitutionality of Section 152b contained in 2016 PA 249 is considered. We invite the Governor and any member of the House or Senate to file briefs on the following

questions: (1) whether the Court should exercise its discretion to grant the Governor's request to issue an advisory opinion in this matter; and (2) whether the appropriation to nonpublic schools authorized by Section 152b of 2016 PA 249 would violate Const 1963, art 8, § 2.

We respectfully request the Attorney General to submit separate briefs arguing both sides of the above questions. Other persons or groups interested in the determination of the questions presented in this matter may move the Court for permission to file briefs amicus curiae on either or both sides of the above questions.

All briefs shall be filed no later than August 26, 2016.

The request by the Governor for an advisory opinion remains pending.

*Rehearing Denied July 20, 2016:*